SLIP OPINION

Cite as 2016 Ark. 469

# SUPREME COURT OF ARKANSAS

**No.**

**Opinion Delivered:** December 15, 2016

IN RE ELEVENTH WEST JUDICIAL CIRCUIT– APPROVAL FOR DIGITAL ELECTRONIC RECORDING

**PER CURIAM**

Pursuant to Arkansas Supreme Court Administrative Order No. 4(e), Circuit Judge Leon Jamison requests approval from this court to use digital electronic recording to make the official court record in his court as of January 1, 2017. Judge Jamison states that his current court reporter will leave employment at the end of 2016 due to her husband's serious illness.

Administrative Order No. 4 permits the use of digital electronic recording in the circuit courts with our approval. We approve Judge Jamison's request to use digital electronic recording to make the official court record subject to complying with applicable recommendations contained in the National Center for State Courts' report, Arkansas Judiciary, Administrative Office of the Courts, Digital Electronic Recording Evaluation, 13th Judicial District, 4th Division, Final Report, July 15, 2015. *See In re 13th Judicial Circuit, Division 4 – Approval for Digital Electronic Recording*, 2015 Ark. 418 (per curiam).